UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANK L. MCCALL, JR.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE CITY OF SHREVEPORT, et al.,<br><br>　　　　　Defendants. | NO.  CV-06-186-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING ACTION TO WESTERN DISTRICT OF LOUISIANA |

　　Magistrate Judge Leavitt filed a Report and Recommendation on June 29, 2006, recommending Mr. McCall's action be transferred to the Western District of Louisiana pursuant to 28 U.S.C. §§ 1404 and 1406. There being no objections, the court **ADOPTS** the Report and Recommendation and **IT IS ORDERED** this action be **TRANSFERRED.**

　　**IT IS SO ORDERED.**  The District Court Executive shall send a copy of this Order to Plaintiff, and forward the file, along with a copy of this Order to the Clerk of Court, United States District Court for the Western District of Louisiana.  The District Court Executive shall administratively close the file in this district.

　　**DATED** this ___25th___ day of August, 2006.

　　　　　　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　　　───────────────────────
　　　　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER TRANSFERRING ACTION TO WESTERN DISTRICT OF LOUISIANA -- 1